1  Stan Stevens,
   33805 S. Haney Rd.
2  Kennewick, WA. 99337
3  509-366-3180

UNITED STATES DISTRICT COURT FOR THE
~~WESTERN~~ Eastren DISTRICT OF WASHINGTON

Stanley Francis Stevens,
**Plaintiff(s)**

vs.

VeTrans Health Administration.
Deptartment of Vetran Affairs.
Genral Counsel,
**Defendant(s),**

**COMPLAINT**     CV-13-5025-EFS

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

Stanley F. Stevens.
33805 S. Haney Rd.
Kennewick WA. 99337
509-366-3180

Defendant's Name, Address and Phone Number

Department of Vetran Affairs.
Office of Genral Counsel (021B)
810 Vermont Ave. N.W.
Washington D.C. 20420   Case # 021B:18742.

Defendant's Name, Address and Phone Number

**RECEIVED**
FEB 27 2013
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

1  Defendant's Name, Address and Phone Number

Office of Genral Counsel (021B)
Department of Vetrans Affairs.
810 Vermont Avenue N.W.
Washington D.C. 20420

(If you have more defendants, list them using the same outline on another piece of paper.
Attach additional sheets, if necessary)

## Jurisdiction
(Reason your case is being filed in federal court)

US Goverment Tort Claim Denieal.
case # 021B:18742.

## Statement of Claim:
(State here as briefly as possible the facts of your case.)

Left big Toe Amputation
Left Belowe the knee Amputation.
Right Foot Misdiognosiss. and Broken.
in phisical Therapy in V.A. hospital.

**Statement of Claim**
(continued):

**Relief:**
(State briefly exactly what you want the court to do for you)

Plantiff would Like Damages in The amount of 5 millon Dollars. For Lose of Lim's, End of Gainful Employment.

**Jury Demand:**
(Optional)

2-27-2013
Date

[Signature]
Signature of Plaintiff