UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| STANLEY FRANCIS STEVENS, | No.  2:CV-13-5025-EFS |
|---|---|
| Plaintiff, | **ORDER DISMISSING FIRST COUNT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On April 16, 2015, the parties filed a stipulated dismissal of count 1 (negligence in the treatment of Plaintiff's left big toe resulting in amputation of that toe).  ECF No. 43.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**  the parties' Stipulation to Dismiss First Count, **ECF No. 43**, is **GRANTED.**  Count 1 is **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees with regard to Count 1.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  __21st__  day of April 2015.


_____
s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2013\5025.stip.dismiss.ct1.lc1.docx

ORDER DISMISSING CASE - 1