UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY FRANCIS STEVENS,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No.  2:CV-13-5025-EFS<br><br>**ORDER DISMISSING CASE** |

On March 9, 2016, the parties filed a stipulated dismissal, ECF No. 98. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.**   The parties' Stipulation and Motion for Order of Dismissal, **ECF No. 98**, is **GRANTED.**

**2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney's fees.

**3.**   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   9th   day of March 2016.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2013\5025.dismiss.lc1.docx

ORDER DISMISSING CASE - 1